# IN THE SUPREME COURT OF THE STATE OF NEVADA

MELVIN MARIN,
               Appellant,

vs.

BRIAN E. WILLIAMS, SR., WARDEN,
               Respondent.

No. 71784

**FILED**

FEB 2 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on November 16, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Linda Marie Bell, District Judge
      Melvin Marin
      Attorney General/Carson City
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-06816